# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** Francis Robert Munley aka Francis R. Munley aka Francis Munley<br>Susan Joe Munley aka Susan J. Munley aka Susan Munley aka Susan Joe Knapp aka Susan Knapp aka Susan J. Knapp | **BK NO. 20-00232 RNO**<br><br>**Chapter 13** |
| **Debtor(s)** | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as Legal Title Trustee for BCAT 2019-22TT and index same on the master mailing list.

Respectfully submitted,

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322