```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
```

In re:                                                          Case No. 17-01597-HWV
Charlotte C. Charles                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1         User: DDunbar         Page 1 of 1         Date Rcvd: Dec 27, 2017
                           Form ID: pdf010      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2017.
4915916       +Ian W. Charles,   1508 Green Street,   Harrisburg PA 17102-2511

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2017                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2017 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James   Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          Lisa A Rynard    on behalf of Debtor 1 Charlotte C. Charles lrynard@pkh.com, rwhitfield@pkh.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                      TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Charlotte C. Charles f/k/a Charlotte C. Allen d/b/a Charlotte Charles Delivery<br>    Debtor | CHAPTER 13 |
| NATIONSTAR MORTGAGE LLC<br>    Movant<br>  vs. | NO. 17-01597 HWV |
| Charlotte C. Charles f/k/a Charlotte C. Allen d/b/a Charlotte Charles Delivery<br>    Respondent<br>  And<br>Ian W. Charles<br><br>Charles J. DeHart, III Esq.<br>    Additional Respondents | 11 U.S.C. Section 362 |

## ORDER

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.

Dated: December 27, 2017

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Bankruptcy Judge
(KB)