UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    CHARLOTTE C. CHARLES
AKA: FKA CHARLOTTE C. ALLEN
DBA: CHARLOTTE CHARLES
DELIVERY                      CHAPTER 13

          Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
          Movant
vs.                                    CASE NO: 1-17-01597-HWV

CHARLOTTE C. CHARLES
AKA: FKA CHARLOTTE C. ALLEN
DBA: CHARLOTTE CHARLES
DELIVERY

          Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

    AND NOW, on April 17, 2018, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, Esquire, and respectfully represents the following:

1. An Amended Plan was filed on December 12, 2017.

2. A Confirmation hearing was held and an Order was entered on February 28, 2018 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

    WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable Plan.

                                              Respectfully submitted,

                                              s/ James K. Jones, Esq.
                                              Id: 39031
                                              Attorney for Trustee
                                              Charles J. DeHart, III
                                              Standing Chapter 13 Trustee
                                              Ste. A, 8125 Adams Drive
                                              Hummelstown, PA 17036
                                              Ph. 717-566-6097
                                              Fax. 717-566-8313

eMail: jjones@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CHARLOTTE C. CHARLES
AKA: FKA CHARLOTTE C. ALLEN
DBA: CHARLOTTE CHARLES DELIVERY

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

CASE NO: 1-17-01597-HWV

Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| Ronald Reagan Federal Bldg<br>Bankruptcy Courtroom, 3rd Floor<br>228 Walnut Street<br>Harrisburg, PA 17101 | Date: May 16, 2018<br><br>Time: 09:35 AM |
|---|---|

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: dehartstaff@pamd13trustee.com

Dated: April 17, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | CHARLOTTE C. CHARLES AKA: FKA CHARLOTTE C. ALLEN DBA: CHARLOTTE CHARLES DELIVERY | CHAPTER 13 |
| | | CASE NO: 1-17-01597-HWV |
| | Debtor(s) | |
| | CHARLES J. DEHART, III CHAPTER 13 TRUSTEE | |
| | Movant | |

### CERTIFICATE OF SERVICE

    AND NOW, on April 17, 2018, I, Vickie Williams, hereby certify that I served a copy of the Trustee's Motion to Dismiss, Notice, and Proposed Order either electronically or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, first class mail, postage prepaid, addressed to the following:

LISA A RYNARD, ESQUIRE
1719 NORTH FRONT STREET
HARRISBURG, PA   17102-

CHARLOTTE C. CHARLES
1508 GREEN STREET
HARRISBURG, PA   17102

    Respectfully Submitted,
    s/    Vickie Williams
    for Charles J. DeHart, III, Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA   17036
    Phone:   (717) 566-6097
    Email:   dehartstaff@pamd13trustee.com

Dated:   April 17, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CHARLOTTE C. CHARLES
AKA: FKA CHARLOTTE C. ALLEN
DBA: CHARLOTTE CHARLES
DELIVERY

    Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

vs.

CHARLOTTE C. CHARLES
AKA: FKA CHARLOTTE C. ALLEN
DBA: CHARLOTTE CHARLES
DELIVERY

CASE NO: 1-17-01597-HWV

    Respondent(s)

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.