UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CHARLOTTE C. CHARLES
AKA: FKA CHARLOTTE C. ALLEN
DBA: CHARLOTTE CHARLES
DELIVERY

CHAPTER 13

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-17-01597-HWV

CHARLOTTE C. CHARLES
AKA: FKA CHARLOTTE C. ALLEN
DBA: CHARLOTTE CHARLES
DELIVERY

    Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on May 18, 2021, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of May 18, 2021, the Debtor(s) is/are $4800.00 in arrears with a plan payment having last been made on Dec 09, 2020

In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

Respectfully Submitted,
/s/ Bobbie Weigel
for Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: May 18, 2021

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CHARLOTTE C. CHARLES
AKA: FKA CHARLOTTE C. ALLEN
DBA: CHARLOTTE CHARLES DELIVERY

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

CASE NO: 1-17-01597-HWV

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 18, 2021, I served a copy of this Certification of Default on the following parties by 1st Class Mail, unless served electronically.

LISA A RYNARD, ESQUIRE
1719 NORTH FRONT STREET
HARRISBURG, PA 17102-

SERVED ELECTRONICALLY

CHARLOTTE C. CHARLES
1508 GREEN STREET
HARRISBURG, PA 17102

SERVED BY 1ST CLASS MAIL

United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101

SERVED ELECTRONICALLY

I certify under penalty of perjury that the foregoing is true and correct.

Dated: May 18, 2021

Respectfully submitted,
Bobbie Weigel
for Jack N. Zaharopoulos, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: info@pamd13trustee.com