In re:  
Charlotte C. Charles  
    Debtor

Case No. 17-01597-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3  
Date Rcvd: May 21, 2021     Form ID: pdf010     Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charlotte C. Charles, 1508 Green Street, Harrisburg, PA 17102-2511 |
| cr | + | American Credit Acceptance, C/O Morton & Craig, LLC, 110 Marter Ave., Suite 301, Moorestown, NJ 08057-3124 |
| 4915901 | + | Altair OH XIII, LLC, c/o Weinstein, Pinson & Riley, PS, 2001 Western Avenue, Ste 400, Seattle WA 98121-3132 |
| 4915905 | + | Centric Bank, 6480 Carlisle Pike, Mechanicsburg PA 17050-2357 |
| 4915906 | + | Childrens Ark Early Learning Center, 5013 East Trindle Road, Mechanicsburg PA 17050-3622 |
| 4915909 | + | District of Columbia, DMV Adjudication Services, PO Box 2014, Washington DC 20013-2014 |
| 4915910 | + | Douglas Stauffer, 1201 S. 20th Street, Harrisburg PA 17104-2928 |
| 4915911 | + | EOS CCA, 700 Longwater Drive, Norwell MA 02061-1624 |
| 4915912 | + | Fed Loan Serv, PO Box 69184, Harrisburg PA 17106-9184 |
| 4915913 | | FedLoan Servicing, PO Box 69184, Harrisburg PA 17106-9184 |
| 4915914 | | Fst Premier, 601 S Minneapolis Ave, Sioux Falls SD 57104 |
| 4915915 | + | HD Supply, 597 Salem Road, Etters PA 17319-9548 |
| 4915916 | + | Ian W. Charles, 1508 Green Street, Harrisburg PA 17102-2511 |
| 4915918 | + | Keystone Collections Group, PO Box 499, Irwin PA 15642-0499 |
| 4947775 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, Attn: Bankruptcy Dept., P.O. Box 619096, Dallas, TX 75261-9741 |
| 4915922 | + | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd, Coppell TX 75019-4620 |
| 4915925 | | PPL Electric Utilities, 827 Hausman Road, Allentown PA 18104-9392 |
| 4915926 | + | Profess Acct, 633 W. Wisconsin Avenue, Milwaukee WI 53203-1918 |
| 4915927 | + | Quill, PO Box 94080, Palatine IL 60094-4080 |
| 4915928 | + | Rebecca A. Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia PA 19106-1541 |
| 4915929 | + | State Of Md/ccu, 300 W Preston St Ste 503, Baltimore MD 21201-2308 |
| 4976343 | + | State of Maryland Central Collection Unit, 300 W. Preston Street, Baltimore, MD 21201-2308 |
| 4915931 | + | UGI Corporation, PO Box 858, Valley Forge PA 19482-0858 |
| 4973496 | | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4915903 | + | Email/Text: g20956@att.com | May 21 2021 18:49:00 | AT&T Mobility, 17000 Cantrall Road, Little Rock AR 72223-4266 |
| 4915902 | + | Email/Text: bankruptcy@acacceptance.com | May 21 2021 18:48:00 | American Credit Acceptance, 961 E Main St, Spartanburg SC 29302-2185 |
| 4937014 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 21 2021 18:49:53 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 4915904 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 21 2021 18:50:25 | Cardworks/CW Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage NY 11804-9001 |
| 4915907 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 21 2021 18:50:27 | Citi, PO Box 6241, Sioux Falls SD 57117-6241 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 4915908 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 21 2021 18:48:00 | Collecto US Asset Management, Inc., c/o Jefferson Capital Systems, LLC, PO Box 7999, Saint Cloud MN 56302-7999 |
| 4915917 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 21 2021 18:48:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia PA 19101-7346 |
| 4915920 | + | Email/Text: unger@members1st.org | May 21 2021 18:49:00 | Members 1st F C U, 5000 Louise Drive, Mechanicsburg PA 17055-4899 |
| 4915921 | + | Email/Text: unger@members1st.org | May 21 2021 18:49:00 | Members 1st Federal Credit Union, 5000 Louise Dr, Mechanicsburg PA 17055-4899 |
| 4915924 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 21 2021 18:48:00 | PA Department of Revenue, Bureau of Compliance, PO Box 280946, Harrisburg PA 17128-0946 |
| 4915923 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 21 2021 18:48:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 4958258 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 21 2021 18:48:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 4915930 | | Email/PDF: ais.tmobile.ebn@americaninfosource.com | May 21 2021 18:50:07 | T-Mobile Bankruptcy Team, PO Box 53410, Bellevue WA 98015-3410 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4915900 | | 1-17-01597-rno |
| 4915919 | ##+ | Max Advance LLC, 4208 18th Avenue, Brooklyn NY 11218-5720 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 23, 2021           Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| Lisa A Rynard | on behalf of Debtor 1 Charlotte C. Charles lrynard@pkh.com |

| | |
|---|---|
| Rebecca Ann Solarz | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor American Credit Acceptance ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Charlotte C. Charles** fka Charlotte C. Allen dba Charlotte Charles Delivery **Debtor 1** | Chapter: 13 Case No.: 1:17-bk-01597-HWV |
| JACK N. ZAHAROPOULOS CHAPTER 13 TRUSTEE vs. **Movant(s)** CHARLOTTE C. CHARLES FKA CHARLOTTE C. ALLEN DBA: CHARLOTTE CHARLES DELIVERY **Respondent(s)** | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

Dated: May 21, 2021    By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge (MS)